UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HAROLD L. CAMPBELL                                        CIVIL ACTION

VERSUS                                                    NO. 06-3983

BURL CAIN, ET AL.                                         SECTION "A"(3)

### ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Plaintiff's federal habeas application is untimely.

Accordingly;

**IT IS ORDERED** that Plaintiff's complaint should be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, Tuesday, August 14, 2007.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE